

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00205-CV

PM Management-Portland NC, LLC d/b/a Trisun Care Center Coastal Palms and Senior Care Centers, et al.

v.

Benita Martinez, Individually and on behalf of the Estate of Ruben Martinez, Deceased

On Appeal from the
148th District Court of Nueces County, Texas
Trial Cause No. 2017DCV-1043-E

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against the party incurring same.

We further order this decision certified below for observance.

September 24, 2020